AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SAMUEL L. LAIDLER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 619-36

SGT. DILLAHUAT; MS. JACKSON; LT. SHOEMAKER; SGT. FUGITT; and OFFICER CAIN, all on their individual and official capacities,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of June 5, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Plaintiff's complaint is DISMISSED without prejudice, Plaintiff is DENIED in forma pauperis status on appeal. Plaintiff's remaining motions are denied as moot. This civil action stands closed.

06/05/2020  
*Date*

John E. Triplett, Acting Clerk  
*Clerk*



*Tara H. Burton*  
*(By) Deputy Clerk*

GAS Rev 10/1/03