IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SAMUEL L. LAIDLER, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| vs. | ) Case No. CV 6:19-36 |
| | ) |
| STG. DILLIHUAT, | ) |
| | ) |
| Defendants-Appellees. | ) |

## ORDER

The appeal in the above-styled action having been **DISMISSED**, and leave to proceed having been **DENIED** by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 15th day of September, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA